Daniel A. Sasse (State Bar No. 236234)
   dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
   darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
   jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
   jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiff
United Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., | Case No. 3:19-CV-04188-JCS |
|           Plaintiffs, | **PLAINTIFF UNITED AIRLINES, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** |
|     v. | |
| Visa Inc., et al., | |
|           Defendants. | Hon. Joseph C. Spero |

Crowell
& Moring LLP
Attorneys At Law

UNITED AIRLINES, INC.'S CERT. OF INTERESTED
ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:  United Airlines Holdings, Inc., as the parent company of United Airlines, Inc.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff United Airlines, Inc. states: United Airlines Inc. is a wholly-owned subsidiary of publicly traded corporation United Airlines Holdings, Inc.  No publicly traded corporation owns 10 percent or more of United Airlines Holdings Inc.'s stock.

Dated:  July 24, 2019                 CROWELL & MORING LLP


By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiff*
United Airlines, Inc.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

UNITED AIRLINES, INC.'S CERT. OF INTERESTED
ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.;
CASE NO. 3:19-CV-04188-JCS