Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
  darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
  jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
  jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414

Attorneys for Plaintiff
Heart of America Management L.L.C.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Accor Management US Inc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Visa Inc., et al., <br><br> Defendants. | Case No. 3:19-CV-04188-JCS <br><br> **PLAINTIFF HEART OF AMERICA MANAGEMENT L.L.C.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT** <br><br> Hon. Joseph C. Spero |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

HEART OF AMERICA MANAGEMENT L.L.C.'S CERT.
OF INTERESTED ENTITIES OR PERSONS & CORP.
DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following entities, which own properties managed by Heart of America Management, L.L.C.:

HOA DEVELOPMENT LLC

HOA HOSPITALITY LLC

HOA HOTELS LLC

IOWA MACHINE SHED CO

IOWA MACHINE SHED LLC

IOWA TRUCKING COMPANY

JOHNNY'S ITALIAN STEAKHOUSE LLC

MACHINE SHED LLC

THUNDER BAY GRILL LLC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Heart of America Management, L.L.C. states: Heart of America Management, L.L.C. has no parent corporation. No publicly traded corporation owns 10 percent or more of Heart of America Management, L.L.C.'s stock.

CROWELL & MORING LLP
ATTORNEYS AT LAW

-2-

HEART OF AMERICA MANAGEMENT L.L.C.'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS

| | |
|---|---|
| Dated:  August 2, 2019 | CROWELL & MORING LLP |
| | |
| | By: */s/ Daniel A. Sasse* |
| | |
| | Daniel A. Sasse |
| | Deborah E. Arbabi |
| | John S. Gibson |
| | Jordan L. Ludwig |
| | |
| | *Attorneys for Plaintiff* |
| | Heart of America Management L.L.C. |

CROWELL & MORING LLP
ATTORNEYS AT LAW

-3-

HEART OF AMERICA MANAGEMENT L.L.C.'S CERT. OF INTERESTED ENTITIES OR PERSONS & CORP. DISCLOSURE STMT.; CASE NO. 3:19-CV-04188-JCS