Daniel A. Sasse (State Bar No. 236234)
dsasse@crowell.com
Deborah E. Arbabi (State Bar No. 167275)
darbabi@crowell.com
John S. Gibson (State Bar No. 140647)
jgibson@crowell.com
Jordan L. Ludwig (State Bar No. 277952)
jludwig@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiffs
Accor Management US Inc.,
Accor Hotels & Resorts (Maryland) LLC, and
Fairmont Hotel Management L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Accor Management US Inc., et al.,

Plaintiffs,

v.

Visa Inc., et al.,

Defendants.

Case No. 5:19-CV-04188-BLF

**PLAINTIFFS ACCOR MANAGEMENT US INC., ACCOR HOTELS & RESORTS (MARYLAND) LLC, AND FAIRMONT HOTEL MANAGEMENT L.P.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (L.R. 3-15) AND CORPORATE DISCLOSURE STATEMENT**

Hon. Beth Labson Freeman

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

FHI Finance (U.S.) Inc. and Accor SA, as the parent companies of Accor Management US Inc.

Fairmont Hotel Management Company, as the General Partner of Fairmont Hotel Management L.P.

The following entities, which own or franchise Accor-branded hotels:

Ashford TRS Chicago II LLC

Atton Hotels Miami LLC

Beverly Blvd LeaseCo, LLC

Canpro Investments Ltd.

CCFH Maui LLC

CCSH Chicago LLC

Claremont Hotel Properties, LLC

COCOA Residential Owners Associations, Inc.

DTRS Columbus Drive, LLC

El Corazon de Santa Fe Association, Inc.

FMT SJ LLC

GDM Hotel Properties LLC

H Street Shuffle Lessee, LLC

IA Lodging Dallas Akard TRS Limited Partnership

IC/RCDP Seattle Hotel TRS, LLC

Iconic Copley Plaza Hotel, LLC

Inspiration at Sandestin Condominium Association

KSSNY Inc.

LHCW Hotel Operating Company (2002) LLC

M&C New York (Times Square), LLC

Manchester Austin LLC dba Manchester Austin Hotel LLC

MAPS Hotels & Resorts Hawaii 1 LLC

Mason Street Opco, LLC

Ocean Avenue LLC

Sahara Plaza LLC

SHR FPH, LLC

Sonoma Hotel Operator, Inc.

South 17th Street LeaseCo, LLC

XHR Pittsburgh Market TRS LLC

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Accor Management US Inc. hereby states that its parent companies are FHI Finance (U.S.) Inc., a Delaware Corporation (84.59%), and Accor SA, a publicly traded French Corporation (15.41%).

Plaintiff Accor Hotels & Resorts (Maryland) LLC hereby states that it is a wholly-owned subsidiary of Accor Management US Inc.

Plaintiff Fairmont Hotel Management L.P. hereby states that its General Partner is Fairmont Hotel Management Company, a Delaware Corporation (1%), and its Limited Partner is Accor Management US Inc. (99%).

Dated: August 8, 2019

CROWELL & MORING LLP

By: */s/ Daniel A. Sasse*

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig

*Attorneys for Plaintiffs*
Accor Management US Inc.,
Accor Hotels & Resorts (Maryland) LLC, and
Fairmont Hotel Management L.P.