UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Accor Management US Inc., et al. v. Visa Inc., et al.*, No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). | No. 05-md-01720 (MKB) (JO)<br><br>**PLAINTIFF'S STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS, all parties in the action *Accor Management US Inc., et al. v. Visa Inc., et al.*, No. 19-cv-04616 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), have consented to the dismissal of plaintiff United Airlines, Inc. from the *Accor Management* action due to the settlement of all of its claims against all of the defendants in the *Accor Management* action: Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants").

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned counsel for the parties, pursuant to Federal Rule of Civil Procedure 41(a), that plaintiff United Airlines, Inc.'s claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs.

Dated: April 20, 2020.

                                               **CROWELL & MORING LLP**

By: _____
     Daniel A. Sasse
     Deborah E. Arbabi
     John S. Gibson
     Jordan L. Ludwig
     3 Park Plaza, 20th Floor
     Irvine, CA   92614
     (949) 263-8400
     dsasse@crowell.com
     darbabi@crowell.com
     jgibson@crowell.com
     jludwig@crowell.com

*Attorneys for United Airlines, Inc. and All Other Plaintiffs*

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Robert Mason
Robert C. Mason
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY  10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Gary R. Carney
Gary R. Carney
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
gcarney@paulweiss.com

Kenneth A. Gallo
Donna M. Ioffredo
Jessica Morton
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com
jmorton@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                                              United States District Judge