**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION**<br><br>**This Document Relates to:**<br><br>***Accor Management US Inc., et al. v. Visa Inc., et al.,* No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO).** | **No. 05-md-01720 (MKB) (JO)**<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS plaintiffs Accor Management US Inc.; Accor Hotels & Resorts (Maryland) LLC; Fairmont Hotel Management L.P.; Auro Hotels Management, LLC; AutoNation, Inc.; BJ's Restaurants, Inc.; Bridgestone Americas, Inc.; Bridgestone Americas Tire Operations, LLC; Bridgestone Retail Operations, LLC; Caleres, Inc.; CarMax, Inc.; Concord Hospitality Enterprises Company, LLC; Crestline Hotels & Resorts, LLC; DIRECTV, LLC; AT&T Services, Inc.; AT&T Corp.; AT&T Mobility LLC; AT&T Mobility II, LLC; BellSouth Telecommunications, LLC; Cricket Wireless LLC; DC Comics; E.C. Publications, Inc.; HBO Digital Services, Inc.; HBO Retail Ventures, Inc.; Telepictures Productions Inc.; Warner Brothers Advanced Media Services Inc.; Warner Bros. Consumer Products Inc.; Warner Bros. Digital Networks Labs Inc.; Warner Bros. Entertainment, Inc.; Warner Bros. Home Entertainment Inc.; WB Games Boston Inc.; WB Studio Enterprises Inc.; Enterprise Holdings, Inc.; Fitness International, LLC; Flynn Restaurant Group LP; Heart of America Management, L.L.C.; Hilton Worldwide Holdings Inc.; Host Hotels & Resorts, L.P.; HSN, Inc.; Cornerstone Brands, Inc.; Hyatt Hotels Corporation; Ingram Micro Inc.; Interstate Hotels & Resorts, Inc.; Jack in the Box Inc.; Joshi Hotel Group, LLC; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; LEGO Systems, Inc.; LEGO Brand Retail Inc.; Loews Hotels Holding

Corporation; Lyft, Inc.; Mananto Enterprises LLC; Marriott International, Inc.; Marriott

Vacations Worldwide Corporation; Mountain Standard Group, LLC; National General Holdings

Corp.; National General Management Corp.; Nespresso USA, Inc.; Nestle Waters North America

Inc.; Old Comp Inc.; OnStar, LLC; Pacifica Hotel Management, LLC; Public Storage; Qdoba

Restaurant Corporation; Sage Hospitality Resources LLC; Sage Investment Holdings, L.L.C.;

Sephora USA, Inc.; Sunstone Hotel Investors, Inc.; The Container Store, Inc.; UnitedHealth

Group Incorporated; and White Lodging Services Corporation (collectively the "Plaintiffs"),

which are all of the plaintiffs in the action *Accor Management US Inc., et al. v. Visa Inc., et al.*,

No. 19-cv-04616 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee*

*and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled

all of their respective claims against all of the defendants in the *Accor Management* action, Visa

Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa

Defendants"), and Mastercard International Incorporated and Mastercard Incorporated

(collectively the "Mastercard Defendants"), by and through their undersigned counsel, hereby

stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims

and action against the Visa Defendants and the Mastercard Defendants be dismissed with

prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court

retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the

parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to

any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the

Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or

relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their

applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the

Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: ___August 24___, 2020.

CROWELL & MORING LLP

By: _____

Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig
3 Park Plaza, 20th Floor
Irvine, CA   92614
(949) 263-8400
dsasse@crowell.com
darbabi@crowell.com
jgibson@crowell.com
jludwig@crowell.com

*Attorneys for Plaintiffs*

ARNOLD & PORTER KAYE SCHOLER LLP

By: _____

Robert C. Mason
250 West 55th Street
New York, NY   10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA   94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

Mark R. Merley
Matthew A. Eisenstein
601 Massachusetts Avenue, NW
Washington, DC   20001-3743
(202) 942-5000
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

Michael S. Shuster
Demian A. Ordway
Blair E. Kaminsky
425 Lexington Avenue
New York, NY   10017
(646) 837-5151
mshuster@hsgllp.com
dordway@hsgllp.com
bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1]

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _____
Gary R. Carney
1285 Avenue of the Americas
New York, NY   10019-6064
(212) 373-3000
gcarney@paulweiss.com

---

[1]  Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *Accor Management* action except for the AT&T-related entities identified in paragraph 42 of the amended complaint.

Kenneth A. Gallo
Donna M. Ioffredo
Jessica Morton
2001 K Street, NW
Washington, DC   20006-1047
(202) 223-7300
kgallo@paulweiss.com
dioffredo@paulweiss.com
jmorton@paulweiss.com

*Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

**SO ORDERED:**

Dated:

_____          _____
Brooklyn, New York                              United States District Judge