UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE PAYMENT CARD INTERCHANGE FEE AND MERCHANT DISCOUNT ANTITRUST LITIGATION<br><br>**This Document Relates to:**<br><br>*Accor Management US Inc., et al. v. Visa Inc., et al.,* No. 19-cv-04616 (E.D.N.Y.) (MKB) (JO). | No. 05-md-01720 (MKB) (JO)<br><br>**PLAINTIFFS' STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS** |

WHEREAS plaintiffs Accor Management US Inc.; Accor Hotels & Resorts (Maryland) LLC; Fairmont Hotel Management L.P.; Auro Hotels Management, LLC; AutoNation, Inc.; BJ's Restaurants, Inc.; Bridgestone Americas, Inc.; Bridgestone Americas Tire Operations, LLC; Bridgestone Retail Operations, LLC; Caleres, Inc.; CarMax, Inc.; Concord Hospitality Enterprises Company, LLC; Crestline Hotels & Resorts, LLC; DIRECTV, LLC; AT&T Services, Inc.; AT&T Corp.; AT&T Mobility LLC; AT&T Mobility II, LLC; BellSouth Telecommunications, LLC; Cricket Wireless LLC; DC Comics; E.C. Publications, Inc.; HBO Digital Services, Inc.; HBO Retail Ventures, Inc.; Telepictures Productions Inc.; Warner Brothers Advanced Media Services Inc.; Warner Bros. Consumer Products Inc.; Warner Bros. Digital Networks Labs Inc.; Warner Bros. Entertainment, Inc.; Warner Bros. Home Entertainment Inc.; WB Games Boston Inc.; WB Studio Enterprises Inc.; Enterprise Holdings, Inc.; Fitness International, LLC; Flynn Restaurant Group LP; Heart of America Management, L.L.C.; Hilton Worldwide Holdings Inc.; Host Hotels & Resorts, L.P.; HSN, Inc.; Cornerstone Brands, Inc.; Hyatt Hotels Corporation; Ingram Micro Inc.; Interstate Hotels & Resorts, Inc.; Jack in the Box Inc.; Joshi Hotel Group, LLC; Kaiser Foundation Health Plan, Inc.; Kaiser Foundation Hospitals; LEGO Systems, Inc.; LEGO Brand Retail Inc.; Loews Hotels Holding

Corporation; Lyft, Inc.; Mananto Enterprises LLC; Marriott International, Inc.; Marriott Vacations Worldwide Corporation; Mountain Standard Group, LLC; National General Holdings Corp.; National General Management Corp.; Nespresso USA, Inc.; Nestle Waters North America Inc.; Old Comp Inc.; OnStar, LLC; Pacifica Hotel Management, LLC; Public Storage; Qdoba Restaurant Corporation; Sage Hospitality Resources LLC; Sage Investment Holdings, L.L.C.; Sephora USA, Inc.; Sunstone Hotel Investors, Inc.; The Container Store, Inc.; UnitedHealth Group Incorporated; and White Lodging Services Corporation (collectively the "Plaintiffs"), which are all of the plaintiffs in the action *Accor Management US Inc., et al. v. Visa Inc., et al.*, No. 19-cv-04616 (E.D.N.Y.), which action is included in *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-01720 (E.D.N.Y.), having fully settled all of their respective claims against all of the defendants in the *Accor Management* action, Visa Inc., Visa U.S.A. Inc., and Visa International Service Association (collectively the "Visa Defendants"), and Mastercard International Incorporated and Mastercard Incorporated (collectively the "Mastercard Defendants"), by and through their undersigned counsel, hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a), that the Plaintiffs' claims and action against the Visa Defendants and the Mastercard Defendants be dismissed with prejudice, and with each side to bear its own attorneys' fees and costs, provided that the Court retains continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that (1) the Court will retain continuing and exclusive jurisdiction to resolve any matter arising out of or relating to the parties' settlement agreement or this Stipulation and Order of Dismissal, or their applicability to any suit, action, proceeding, or dispute, and (2) the claims and action of the

2

Plaintiffs be and hereby are dismissed with prejudice, with each side to bear its own attorneys' fees and costs.

Dated: ____August 24____, 2020.

                                          **CROWELL & MORING LLP**

By: _/s/ Daniel A. Sasse_
Daniel A. Sasse
Deborah E. Arbabi
John S. Gibson
Jordan L. Ludwig
3 Park Plaza, 20th Floor
Irvine, CA 92614
(949) 263-8400
dsasse@crowell.com
darbabi@crowell.com
jgibson@crowell.com
jludwig@crowell.com

*Attorneys for Plaintiffs*


**ARNOLD & PORTER KAYE SCHOLER LLP**

By: _/s/ Robert Mason_
Robert C. Mason
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
robert.mason@arnoldporter.com

Robert J. Vizas
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
(415) 471-3100
robert.vizas@arnoldporter.com

        Mark R. Merley
        Matthew A. Eisenstein
        601 Massachusetts Avenue, NW
        Washington, DC 20001-3743
        (202) 942-5000
        mark.merley@arnoldporter.com
        matthew.eisenstein@arnoldporter.com

**HOLWELL SHUSTER & GOLDBERG LLP**

        Michael S. Shuster
        Demian A. Ordway
        Blair E. Kaminsky
        425 Lexington Avenue
        New York, NY 10017
        (646) 837-5151
        mshuster@hsgllp.com
        dordway@hsgllp.com
        bkaminsky@hsgllp.com

*Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., and Visa International Service Association*[1]

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _/s/ Gary R. Carney_
        Gary R. Carney
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212) 373-3000
        gcarney@paulweiss.com

---

[1] Arnold & Porter Kaye Scholer LLP is counsel to the Visa defendants as to all plaintiffs in the *Accor Management* action except for the AT&T-related entities identified in paragraph 42 of the amended complaint.

4

                                        Kenneth A. Gallo
                                        Donna M. Ioffredo
                                        Jessica Morton
                                        2001 K Street, NW
                                        Washington, DC   20006-1047
                                        (202) 223-7300
                                        kgallo@paulweiss.com
                                        dioffredo@paulweiss.com
                                        jmorton@paulweiss.com

                                        *Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

SO ORDERED:
s/ MKB 8/26/2020

_____

MARGO K. BRODIE
United States District Judge

5